UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY  :
COMMISSION,                                                     :
                           Applicant,               :
      –against–                                             :    No.   11-mc-00028-RJA
                                                         :
STERLING JEWELERS INC.,                               :
                         Respondent.         :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2011, I served copies of Judge Arcara's Text Order, dated April 21, 2011, which sets forth a briefing schedule for EEOC's Application for an Order to Show Cause Why an Administrative Subpoena Should not be Enforced by U.S. Postal Service Certified Mail on the following individuals:

      Stephen S. Zashin
      Zashin & Rich Co., LPA
      55 Public Square, 4th Floor
      Cleveland, OH 44113

      Gerald Maatman, Jr.
      Seyfarth Shaw LLP
      131 S. Dearborn Street, Suite 2400
      Chicago, IL 60603
      *Attorneys for Respondent Sterling Jewelers Inc.*

DATED: April 21, 2011
            New York, NY

                                          Hsiao-Hsiang Wan
                                          Paralegal Specialist
                                          Equal Employment Opportunity Commission
                                          33 Whitehall Street, 5th Floor
                                          New York, New York 10004
                                          Telephone: (212) 336-3722
                                          Facsimile: (212) 336-3623
                                          hsiao-hsiang.wan@eeoc.gov