AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>        v.<br><br>STERLING JEWELERS INC. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 11-CV-938A |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that pursuant to 28 U.S.C. §636(b)(1) and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, EEOC subpoena #NY-A12-009 is enforced to the extent specified in the Report and Recommendation, and other relief denied.

Date: October 17, 2013            MICHAEL J. ROEMER, CLERK


                         By: s/Suzanne Grunzweig
                             Deputy Clerk